UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

                                                RE:    Cesar VILLACANA
                                                         Docket Number:  2:11CR00202-01
                                                         **PERMISSION TO TRAVEL**
                                                         **OUTSIDE THE COUNTRY**

Your Honor:

The offender is requesting permission to travel to Mexico. Mr. Villacana is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 4, 2009, Cesar Villacana was sentenced for the offense(s) of 8 USC 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(I) - Conspiracy to Transport and Harbor Illegal Aliens for Profit (CLASS C FELONY).

**Sentence Imposed:** He was sentenced to 27 months custody Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:** Departs April 1, 2012; Returns April 30, 2012. Mode of Travel: Air Travel.

**Purpose:** Previously, on July 19, 2011, the Court in Arizona authorized travel for the offender to go to Mexico to be married, and to have surgery. On November 9, 2011, the Court in the Eastern District of California authorized the offender to travel to Mexico to visit with his wife and daughter. His wife continues to reside in Mexico, where she is pregnant and due to have a baby April 5, 2012. Mr. Villacana is requesting travel to Mexico, leaving on April 1, 2012, and returning on April 30, 2012, to be with his wife during the birth of their child.

1

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG

RE: Cesar VILLACANA
Docket Number: 2:11CR00202-01
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Mr. Villacana has presented no issues during supervision. He maintains appropriate contact with the United States Probation Office, and is gainfully employed. I have no objection to this travel.

Respectfully submitted,

/s/ Julie A. Fowler
for
**LORI L. KOEHNEN**
**Senior United States Probation Officer**

DATED: February 7, 2012
Sacramento, California
/jaf

/s/ Michael A. Sipe
**REVIEWED BY:** _____
**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

ORDER OF THE COURT:

Approved - X

| 2/13/2012 | /s/ John A. Mende |
|---|---|
| Date | John A. Mendez |
| | United States District Court Judge |