UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable John A. Mendez
United States District Judge
Sacramento, California

RE:    Cesar VILLACANA
       Docket Number:   2:11CR00202-01
       PERMISSION TO TRAVEL
       OUTSIDE THE COUNTRY

Your Honor:

The offender is requesting permission to travel to Mexico.  Mr. Villacana is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 4, 2009, Cesar Villacana was sentenced for the offense(s) of 8 USC 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), 1324(a)(1)(A)(iii), and 1324(a)(1)(B)(I) - Conspiracy to Transport and Harbor Illegal Aliens for Profit (CLASS C FELONY).

**Sentence Imposed:**  He was sentenced to 27 months custody Bureau of Prisons; 36-month Term of Supervised Release; $100 special assessment.

**Dates and Mode of Travel:**  Departs February 26, 2013; returns March 6, 2013.  Mode of Travel:  Air Travel.

**Purpose:**  Previously, on July 19, 2011, the Court in Arizona authorized the offender to travel to Mexico to be married, and to have surgery.  The Court in the Eastern District of California authorized the offender to travel to Mexico to visit with his wife and daughter on November 9, 2011, February 13, 2012, June 19, 2012, August 20, 2012, and November 9, 2012.  Mr. Villacana is again requesting travel to Mexico to visit his wife and children.

**RE: Cesar VILLACANA**
      **Docket Number: 2:11CR00202-01**
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Mr. Villacana has presented no issues during supervision. He maintains appropriate contact with the United States Probation Office, and he is gainfully employed. I have no objection to this travel.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER**
**United States Probation Officer**

DATED:      February 20, 2013
              Roseville, California
              /jaf

              /s/ Kyriacos M. Simonidis
**REVIEWED BY:**
              **KYRIACOS M. SIMONIDIS**
              **Supervising United States Probation Officer**

---

ORDER OF THE COURT:

<u>**Approved**</u>

| | |
|---|---|
| 2/21/2013 | /s/ John A. Mendez |
| Date | John A. Mendez |
| | United States District Court Judge |